# IN THE BANKRUPTCY COURT OF THE UNITED STATES
## FOR THE NORTHERN DISTRICT OF CA**OAKLAND

IN THE MATTER OF: FAINES-RICE, TAUVIA      BANKRUPTCY CASE NO. 0947149RJN

SSN: ###-##-1760      POC AMOUNT: $21,997.76

## NOTICE OF ASSIGNMENT OF CLAIM
## AND
## TRANSFEREE NOTICE OF TRANSFER
## OF PAYMENTS

Educational Credit Management Corporation (ECMC), the "Transferee", does hereby give notice to the Court that it has accepted assignment and transfer of the student loan(s) included in the claim for the above-referenced debtor from the CALIFORNIA STUDENT AID COMMISSION.

Please direct all future payments and correspondence as follows:

**Correspondence:**          **Payments:**

ECMC                      ECMC
PO Box 75906         Lockbox 8682
St. Paul, MN 55175     P.O. Box 75848
                              St. Paul, MN  55175-0848

Pursuant to the attached Assignment from CALIFORNIA STUDENT AID COMMISSION, the Transferor, notification and hearing has been waived with respect to this Notice of Assignment of Claim to ECMC pursuant to Bankruptcy Rule 3001.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION

By: /s/ Johnson, Annetta               1/28/2010
ECMC Representative                 Date

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>TAUVIA FAINES | Case Number:<br>09-47149 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Wells Fargo Bank, N.A.

Name and address where notices should be sent:
Wells Fargo Bank, N.A., Wells Fargo Education Financial Services
301 E 58th Street N
Sioux Falls, SD 57104
Telephone number:
1-877-599-6787

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):
Wells Fargo Bank, N.A. , Wells Fargo Education Financial Services
301 E 58th Street N
Sioux Falls, SD 57104
Telephone number:
1-877-599-6787

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**          $        21,997.76

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

✔Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**  __Unsecured Student Loan__
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** __1760__

   **3a. Debtor may have scheduled account as:** Wells Fargo Bank, N.A.
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

**Value of Property:**$_____ **Annual Interest Rate**___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____ 21,997.76

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>12/16/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

/S/ JANET ROKUSEK / BANKRUPTCY SPECIALIST

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF <u>CALIFORNIA</u>

In Re: <u>TAUVIA FAINES</u> SSN#: <u>XXX-XX-1760</u> Case #: <u>09-47149</u>

## ASSIGNMENT

For valuable consideration, the receipt of which is hereby acknowledged, the
undersigned does hereby assign, transfer and set over to
<u>CSAC</u>
(Guarantor) its claim of $<u>21,997.76</u> as filed herein against the above named debtor.

The undersigned specifically waives further notice of any matters in connection
with the above and foregoing claims and requests the court to order the subrogation of the
above assignee to the rights of the undersigned in said claim. It is further requested that
any dividend check respecting this claim be made payable to <u>CSAC</u>
(Guarantor), and be mailed or delivered to:

<u>CSAC, PO Box 419036, Rancho Cordova, CA 95741</u>
Creditor: <u>Wells Fargo Education Financial Services, a division of Wells Fargo Bank, N.A.</u>
Signed: <u>Terry Eernisse</u>

Signature _____ Date: ___ 12 / 16 /09 ___

Subscribed and sworn to before me this ___ 16th ___ day of ___ December ___, 2009.

_____
Notary of Public

*My Commission Expires October 5, 2015*

## ORDER

At _____, this _____ day of _____, _____,
with respect to the foregoing, the court finds that the instant claim has been
unconditionally transferred, and it is hereby ordered that the transferee is substituted for
the original claimant for all purposes with respect to the original claim filed herein,
designated as Claim No. _____, in the amount of $ _____.

_____                 _____
Date                                                            Judge

C&C-1126 (08-08)

  CALIFORNIA STUDENT AID COMMISSION

**DATE:** January 6, 2010                                        **CYCLE:** 12/30/09

Sue Rehak

Educational Credit Management Corporation
1 Imation Place, Building 2
Oakdale, MN 55128

Dear Sue:

In accord with the agreement of the transfer of all active assets, promissory notes, affected by active bankruptcy actions, I hereby on behalf of the California Student Aid Commission (CSAC) do render the following assignment:

> **The California Student Aid Commission (CSAC) hereby assigns to the Educational Credit Management Corporation, Inc. (ECMC) its rights, title, and interest in those student loans listed in the enclosure to this letter.**

> **The California Student Aid Commission (CSAC) hereby specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.**

Sincerely,

Tracy Roberts,
Manager, Claim Adjudication Unit
EdFund

For ECMC Internal use only