B6C (Official Form 6C) (12/07)

In re **John Jamar Rice,**
**Tauvia Nicole Faines-Rice**,
                                                                  Debtors

Case No. **09-47149**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Real property located at: 1633 Martin St. Brentwood, CA Mortgages are NOT in Debtors' names, but Debtors' names are on title | C.C.P. § 703.140(b)(1) | 2,240.00 | 500,000.00 |
| **Cash on Hand** | | | |
| Cash on hand | C.C.P. § 703.140(b)(5) | 10.00 | 10.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Citibank Brentwood, CA checking | C.C.P. § 703.140(b)(5) | 20,000.00 | 20,000.00 |
| Chase Antioch, CA checking | | | |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings including TV, VCR, stereo, appliances, computers | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Stamps | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| Wearing apparel | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Jewelry | C.C.P. § 703.140(b)(4) C.C.P. § 703.140(b)(3) | 1,350.00 1,650.00 | 3,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Handgun, shotgun, camera | C.C.P. § 703.140(b)(3) | 1,100.00 | 1,100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Pension | C.C.P. § 703.140(b)(10)(E) | 5,000.00 | 5,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Possible 2009 tax refund | C.C.P. § 703.140(b)(5) | 100% | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1966 Mustang - non-operational | C.C.P. § 703.140(b)(2) | 1,000.00 | 1,000.00 |
| 1999 Dodge Ram | C.C.P. § 703.140(b)(2) | 2,000.00 | 2,000.00 |
| | Total: | 38,550.00 | 536,310.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Case: 09-47149    Doc# 32    Filed: 01/27/11    Entered: 01/27/11 15:13:55    Page 1 of 1